MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7050
Facsimile: (415) 436-7234
E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ARTURO BARRAGAN GONZALEZ, <br> a/k/a Arturo Barragan, <br> Defendant. | No. CR12-0627 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On August 27, 2012, the parties in this case appeared before the court, for a detention hearing. At that time, the defendant waived his detention hearing without prejudice, and the matter was set for an initial appearance before the district court on September 18, 2012. The parties have agreed to exclude the period of time between August 27, 2012 and September 18, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the court made findings consistent with this agreement. SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: August 27, 2012                      /s/
                                      J. MARK KANG
                                      Special Assistant United States Attorney

DATED: August 27, 2012                      /s/
                                      JODI LINKER
                                      Attorney for ARTURO BARRAGAN GONZALEZ

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | For the reasons stated above and at the August 27, 2012 hearing, the court finds that the |
| 3 | exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 27, |
| 4 | 2012 and September 18, 2012 is warranted and that the ends of justice served by the continuance |
| 5 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. |
| 6 | §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the |
| 7 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 8 | diligence. 18 U.S.C. §3161(h)(7)(B)(iv). |

IT IS SO ORDERED.

DATED: Aug 28, 2012

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA