MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ARTURO BARRAGAN GONZALEZ, ) <br>    a/k/a Arturo Barragan, ) <br> ) <br>     Defendant. ) <br> _____) | No. CR12-0627 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

      On September 18, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to October 9, 2012. The parties have agreed to exclude the period of time between September 18, 2012 and October 9, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

At the hearing, the court made findings consistent with this agreement. SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: September 18, 2012           _____/s/_____
                                                J. MARK KANG
                                                Special Assistant United States Attorney

DATED: September 18, 2012           _____/s/_____
                                                JODI LINKER
                                                Attorney for ARTURO BARRAGAN GONZALEZ

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA

[PROPOSED] ORDER

For the reasons stated above and at the September 18, 2012 hearing, the court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from September 18, 2012 and October 9, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: September 19, 2012.



THE HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR12-0627 WHA